**ORIGINAL**

GARY C. MOSS, ESQ.
State Bar No. 4340
JOANNA S. KISHNER, ESQ.
State Bar No. 5037
DLA PIPER RUDNICK GRAY CARY, LLP
3960 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109
(702) 737-3433

MARC L. ZAKEN, ESQ.
EDWARDS & ANGELL LLP
301 Tresser Blvd.
Stamford, CT 06901
(203) 353-6819
Attorneys for Defendants



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EDITH LEDDY, | )<br>)<br>) |
| Plaintiff, | )<br>) CV-S-04-1070-JCM-RJJ<br>) |
| v. | )<br>) |
| MEDCO HEALTH SOLUTIONS OF<br>LAS VEGAS, INC. | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, with prejudice, and without costs or attorneys' fees to either party.

26

Dated this 29th day of August, 2005.

        THE PLAINTIFF
        EDITH LEDDY

        Nadia von Magdenko
        Barron & Pruitt, LLP
        1404 South Jones Boulevard
        Las Vegas, NV 89146


        THE DEFENDANT
        MEDCO HEALTH SOLUTIONS
        OF LAS VEGAS, INC.

        Marc L. Zaken, Esq.
        EDWARDS & ANGELL LLP
        301 Tresser Blvd.
        Stamford, CT 06901

        Gary C. Moss, Esq.
        Joanna S. Kishner, Esq.
        DLA PIPER RUDNICK GRAY CARY
        3960 Howard Hughes Parkway
        Suite 400
        Las Vegas, NV 89109
        Attorneys for Defendants


**IT IS SO ORDERED**

DATED Sept 12, 2005

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Stipulation of Voluntary Dismissal was mailed via first class mail, postage prepaid to counsel for the Defendant, addressed as follows:

    Joanna S. Kishner
    DLA PIPER RUDNICK GRAY CARY, LLP
    3960 Howard Hughes Parkway
    Suite 400
    Las Vegas, NV 89109

    Marc L. Zaken
    EDWARDS & ANGELL LLP
    301 Tresser Blvd.
    Stamford, CT 06901
    (203) 353-6819

this 30th day of August, 2005.

                                            Nadia von Magdenko, Counselor At Law