EDITH LEDDY
5215 Ocala Lane
Las Vegas, NV 89122
*Pro Per Plaintiff*
Ph. (702) 454-8845

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

2005 OCT 14  P 1:01

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDITH LEDDY, )
              )
    Plaintiff, )      CV-S-04-1070-JCM-RJJ
              )
MEDCO HEALTH SOLUTIONS )
OF LAS VEGAS, INC. )
              )
    Defendant. )
              )

## MOTION TO SET ASIDE VOLUNTARY DISMISSAL

- Involuntary dismissal
Money taken under
dis duress.
Want to open case with witnesses
sworn statements coming up.

27

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the counsel of record for all parties as follows:

MARC L. ZAKEN, ESQ.
EDWARDS & ANGELL LLP
301 TRESSER BLV.D
STAMFORD, CT 06901
Attorney for Defendant

GARY MOSS, ESQ.
DLA PIPER RUDNICK GRAY CARY
3960 HOWARD HUGHES PARKWAY, SUITE 400
LAS VEGAS, NV 89109
Attorney for Defendant

NADIA VON MAGDENKO
BARRON & PRUITT, LLP
1404 S. JONES BLVD.
LAS VEGAS, NV 89146
Plaintiff's former attorney

Dated this 14 day of October, 2005.

*Edith Leddy*
Edith Leddy

*write a statement as to why you want to continue to pursue your case and why you did not want to settle. Then date and sign the document.*

No Peggy for judge
No Nadia von Magenko
Because Mark Zaken talked to Ed Ltd
Martin and he said he didn't know
I had Parkinsons Parkinsons
and that never asked for accommodations
1. I ask asked Peter Michelson and he
   said I could always get a job at Wal Mart
   as a greeter
2. Joe Zannack in New Jersey head of
   all security refused any accommodation.
   witness Walter T. Leddy Jr. head
   it when I was talking on phone to
   Joe Zannack spoke to him from
   medco on their phone as well in
   Private. Dennis Durbin went to
   New Jersey and talked to Joe and
   Joe came to Medco or Medco Health
   solution at that time.
   Nadia was unable to talk Ed Martin or
   John Ferguson who knew that
   I A I Martin knew for several
   that I had Parkinsons.
   Ltd Martin lied Plus Ken Burrow
   will come into court and swears
   he treated me like a dog. Ken
   Burrow Knew I had Parkinsons by
   look at me. Ed Martin is dumb and
   Arthurs know he told me so. He
   couldn't do anything in my behalf
   because they Medco Mark Zakan
   took Arthur Berry downstairs
   witness Walter Seddy Jr. Peter Michelson
   was with them he hired Mark Zaken
   Zaken from Stanford Conn.

*write a statement as to why you want to continue to pursue your case and why you did not want to settle. Then date and sign the document.*

Arthur was shut up and unable to help (Edith Evelyn) He said I did an excellent job on Podium he said I would still be on podium if he had not got fired. Set up by Linda Remer and who he thought was his friend + the girl Kathy Sutton. Arthurs would not tell why he left Medco. She was puzzled. He made it look like he left of his own accord and was in good standing with Medco. Forced to keep quiet at the deposition. Because want him at the little in house security he swore the he knew had Parkinsons - guard who he knew had Parkinsons - Ed Martin said it was because it was the Parkingsons wasn't capable but it was the Parkingsons. He refused to admit he knew. Edith afraid of being fired so she said nothing to him as he would of to Arthur Berry and seed Edith Leddy was fired. Judge Peggy Senn wouldn't put it to a jury trial even with many many witnesses — Parkingsons interferes with my writing Freedom of speech + other freedoms taken away. Nadine Plead for more money and a jury trail Peggy tried to get more money they only wanted to get $_____ or less she kept going for to get me more. Made her look like the witch. This was end the story – Nadine has file for further etc.

**ORIGINAL**

GARY C. MOSS, ESQ.
State Bar No. 4340
JOANNA S. KISHNER, ESQ.
State Bar No. 5037
DLA PIPER RUDNICK GRAY CARY, LLP
3960 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109
(702) 737-3433



MARC L. ZAKEN, ESQ.
EDWARDS & ANGELL LLP
301 Tresser Blvd.
Stamford, CT 06901
(203) 353-6819
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EDITH LEDDY, | ) |
| Plaintiff, | ) CV-S-04-1070-JCM-RJJ |
| v. | ) |
| MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC. | ) |
| Defendant. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, with prejudice, and without costs or attorneys' fees to either party.

26

Dated this 29th day of August, 2005.

THE PLAINTIFF
EDITH LEDDY

*[signature]*

Nadia von Magdenko
Barron & Pruitt, LLP
1404 South Jones Boulevard
Las Vegas, NV 89146

THE DEFENDANT
MEDCO HEALTH SOLUTIONS
OF LAS VEGAS, INC.

*[signature]*

Marc L. Zaken, Esq.
EDWARDS & ANGELL LLP
301 Tresser Blvd.
Stamford, CT 06901

Gary C. Moss, Esq.
Joanna S. Kishner, Esq.
DLA PIPER RUDNICK GRAY CARY
3960 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109
Attorneys for Defendants

**IT IS SO ORDERED**

DATED Sept 12, 2005

*[signature]*

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Stipulation of Voluntary Dismissal was mailed via first class mail, postage prepaid to counsel for the Defendant, addressed as follows:

>Joanna S. Kishner
>DLA PIPER RUDNICK GRAY CARY, LLP
>3960 Howard Hughes Parkway
>Suite 400
>Las Vegas, NV 89109

>Marc L. Zaken
>EDWARDS & ANGELL LLP
>301 Tresser Blvd.
>Stamford, CT 06901
>(203) 353-6819

this ___ day of August, 2005.

Nadia von Magdenko, Counselor At Law



2005 AUG -3 P 4:43

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**MZ**

| | |
|---|---|
| EDITH LEDDY, et al., ) | |
| ) | Case No. CV-S-04-1070-JCM (RJJ) |
| Plaintiffs, ) | |
| ) | **MINUTE ORDER OF THE COURT** |
| vs. ) | |
| ) | |
| MEDCO HEALTH SOLUTIONS OF ) | DATED: August 2, 2005 |
| LAS VEGAS, INC., ) | |
| ) | |
| Defendant. ) | |

PRESENT: THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

JUDICIAL ASSISTANT: Carol A. Knight      RECORDER/TAPE # None

COUNSEL FOR PLAINTIFF: Nadia Von Magdenko

COUNSEL FOR DEFENDANT: Marc L. Zaken

PROCEEDINGS: Early Neutral Evaluation Session

An early neutral evaluation session was conducted with the undersigned Magistrate Judge commencing at 1:30 p.m. on August 2, 2005. In addition to above counsel, plaintiff Edith Leddy was present. Also present were Rich Jones, vice president and general manager of Medco; and Joe Galardi, vice president and employee relations counsel for Medco, on behalf of the defendant. The court heard presentations from counsel and from each of the parties present and thereafter met individually with counsel and each individual party. Discussions concluded at 4:30 p.m.

**A settlement was reached the terms of which are confidential.** The parties are to meet and confer to execute settlement/release documents and dismissal papers and distribute the settlement proceeds **no later than 4:00 p.m., September 1, 2005.**

**25**

**IT IS ORDERED** that a telephonic status hearing with counsel is scheduled for **4:30 p.m., September 6, 2005,** in the chambers of the undersigned. If dismissal papers have been lodged with the court, the hearing will be automatically vacated. If a telephonic status hearing is required, counsel for plaintiff shall initiate the call.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE